**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE, ) <br> ) <br> Defendant. ) | Case No. 18-cv-00932 <br><br> Judge Reggie B. Walton |

**JOINT STATUS REPORT**

Pursuant to the Court's August 21, 2018 Minute Order, Plaintiff Judicial Watch, Inc. and Defendant United States Department of Justice, through their undersigned counsel, submit this joint status report.

Defendant has completed its searches for documents responsive to Plaintiff's Freedom of Information Act ("FOIA") request for certain communications between former Federal Bureau of Investigation ("FBI") Director James Comey and personnel associated with the Special Counsel's Office. A small number of potentially responsive documents has been located within the Special Counsel's Office. The sensitive nature of the documents and their classification issues require that processing be coordinated through multiple offices.

The parties have conferred regarding the processing and agreed that the case should proceed on the following schedule:

| | |
|---|---|
| November 16, 2018 | Defendant shall provide Plaintiff with any responsive documents it intends disclose and a written description of any withholdings. |
| November 30, 2019 | Plaintiff identifies in writing any challenges to Defendant's production |
| January 7, 2019 | Defendant shall file motion for summary judgment, if necessary |

February 4, 2019      Plaintiff shall file a cross-motion for summary judgment, if necessary

March 4, 2019      Defendant shall file a reply in support of its motion for summary judgment and an opposition to Plaintiff's cross-motion, if necessary

March 18, 2019      Plaintiff shall file a reply in support of its cross-motion, if necessary

Dated: September 28, 2018      Respectfully submitted,

*/s/ Michael Bekesha*      CHAD A. READLER
Michael Bekesha      Principal Deputy Assistant Attorney General
D.C. Bar No. 995749
JUDICIAL WATCH, INC.      ELIZABETH J. SHAPIRO
425 Third Street SW, Suite 800      Deputy Branch Director
Washington, DC 20024
Phone: (202) 646-5172      /s/ *Gary D. Feldon*
      Gary D. Feldon
*Counsel for Plaintiff*      (D.C. Bar No. 987142)
      Trial Attorney
      United States Department of Justice
      Civil Division, Federal Programs Branch
      1100 L St., NW, Room 11104
      Washington, DC 20005
      Tel: (202) 514-4686
      Fax: (202) 616-8460
      E-mail: Gary.D.Feldon@usdoj.gov

      *Counsel for Defendant*
      *United States Department of Justice*