# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | Case No. 18-cv-00932 |
| *Plaintiff*, ) | |
| ) | Judge Reggie Walton |
| v. ) | |
| ) | |
| U.S. DEPARTMNET OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

## DEFENDANT'S ERRATA STATEMENT

The United States Department of Justice files this errata statement to remedy a misfiling of a stay motion in the above-captioned case. Undersigned counsel intended to file a consent motion to stay proceedings due to the current lapse in funding for the Department. However, he inadvertently attached a similar stay motion he filed in another case also brought by Plaintiff and currently pending before the Court. Counsel was unaware of the error in filing until he read the Court's January 22, 2019 minute order later that day. He then promptly drafted and filed this errata statement, to which the correct filing is attached.

Undersigned counsel regrets any inconvenience to the Court or Plaintiff due to this error and respectfully requests that the attached filing be deemed as having been properly filed January 17, 2019, in place of the documents mistakenly filed on that date.

Dated: January 24, 2019                Respectfully submitted,

                                       JOSEPH H. HUNT
                                       Assistant Attorney General

                                       ELIZABETH J. SHAPIRO
                                       Deputy Branch Director, Federal Programs Branch

                                       /s/ *Gary D. Feldon*
                                       GARY D. FELDON

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Washington, DC 20044
Tel: (202) 514-4686
Fax: (202) 616-8460
E-mail: gary.d.feldon@usdoj.gov

*Attorneys for Defendant*