# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | Case No. 18-cv-00932 |
| Plaintiff, ) | |
| ) | Judge Reggie B. Walton |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 24, 2019 Minute Order, Plaintiff Judicial Watch, Inc. and Defendant United States Department of Justice, through their undersigned counsel, submit this joint status report.

The parties have conferred and agree that the case should proceed on the following schedule:

| | |
|---|---|
| February 22, 2019 | Defendant shall file a motion for summary judgment |
| March 22, 2019 | Plaintiff shall file a cross-motion for summary judgment and opposition to Defendant's motion for summary judgment |
| April 19, 2019 | Defendant shall file a reply in support of its motion |
| May 3, 2019 | Plaintiff shall file a reply in support of its cross-motion |

Dated: February 11, 2019                        Respectfully submitted,

*/s/ Michael Bekesha*                           JOSEPH H. HUNT
Michael Bekesha                                 Assistant Attorney General
D.C. Bar No. 995749
JUDICIAL WATCH, INC.                            ELIZABETH J. SHAPIRO
425 Third Street SW, Suite 800                  Deputy Branch Director
Washington, DC 20024

Phone:  (202) 646-5172

*Counsel for Plaintiff*

/s/ *Gary D. Feldon*
Gary D. Feldon
(D.C. Bar No. 987142)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW, Room 11104
Washington, DC 20005
Tel:  (202) 514-4686
Fax:  (202) 616-8460
E-mail:  Gary.D.Feldon@usdoj.gov

*Counsel for Defendant*