**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | Case No. 18-cv-00932 |
| Plaintiff, ) | |
| ) | Judge Reggie B. Walton |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 25, 2019 Minute Order, Plaintiff Judicial Watch, Inc. and Defendant United States Department of Justice, through their undersigned counsel, submit this joint status report.

On March 24, 2019, Attorney General William P. Barr sent a letter to members of Congress stating that Special Counsel Robert Mueller had provided the Attorney General with a confidential report regarding the Special Counsel's investigation into Russian interference in the 2016 election. In light of this development, Defendant is re-assessing records from the Special Counsel's Office to determine whether additional information can be released to the public. The parties have conferred on this matter and agree that briefing the propriety of Defendant's withholding of records at this time would be an inefficient use of the parties' and the Court's resources.

The parties therefore propose that they file another joint status report apprising the Court of how they believe the case should proceed once there has been the opportunity for Defendant to organize and begin its review of the Special Counsel's records and no later than April 16, 2019.

Dated:  March 26, 2019

*/s/ Michael Bekesha*
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone:  (202) 646-5172

*Counsel for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Gary D. Feldon*
Gary D. Feldon
(D.C. Bar No. 987142)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW, Room 11104
Washington, DC 20005
Tel:  (202) 514-4686
Fax:  (202) 616-8460
E-mail:  Gary.D.Feldon@usdoj.gov

*Counsel for Defendant*