# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,                )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>      v.                                               )<br>                                                              )<br>UNITED STATES DEPARTMENT OF  )<br>JUSTICE,                                         )<br>                                                              )<br>            Defendant.                       )  | Case No. 18-cv-00932<br><br>Judge Reggie B. Walton |

## JOINT STATUS REPORT

Pursuant to the Court's April 17, 2019 Minute Order, Plaintiff Judicial Watch, Inc. and Defendant United States Department of Justice, through their undersigned counsel, submit this joint status report.  The parties have conferred and agree to the following proposed dates for briefing dispositive motions:

| | |
|---|---|
| July 9, 2019 | Defendant shall file a motion for summary judgment |
| August 9, 2019 | Plaintiff shall file a cross-motion for summary judgment and opposition to Defendant's motion |
| September 9, 2019 | Defendant shall file a reply in further support of its motion and opposition to Plaintiff's cross-motion |
| September 23, 2019 | Plaintiff shall file a reply in further support of its cross-motion |

Dated:  April 30, 2019                                            Respectfully submitted,

/s/ Michael Bekesha                                              HASHIM MOOPPAN
Michael Bekesha                                                    Deputy Assistant Attorney General
D.C. Bar No. 995749
JUDICIAL WATCH, INC.                                         ELIZABETH J. SHAPIRO
425 Third Street SW, Suite 800                            Deputy Branch Director
Washington, DC 20024
Phone:  (202) 646-5172                                        /s/ Gary D. Feldon
                                                                              Gary D. Feldon

| | |
|---|---|
| *Counsel for Plaintiff* | (D.C. Bar No. 987142)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW, Room 11104<br>Washington, DC 20005<br>Tel:  (202) 514-4686<br>Fax:  (202) 616-8460<br>E-mail:  Gary.D.Feldon@usdoj.gov<br><br>*Counsel for Defendant* |